**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102
_____
www.cand.uscourts.gov

Richard W. Wieking					General Court Number
Clerk								415.522.2000

**March 15, 2012**

**CASE NUMBER:  CV 12-01199 MEJ**
**CASE TITLE:  WILLIAM E. DICKINSON-v-DEPUY ORTHOPAEDICS INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Susan Illston** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/15/12

							FOR THE EXECUTIVE COMMITTEE:

							_____*Richard W. Wieking*_____
											Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies			Special Projects
Log Book Noted					Entered in Computer 3/15/12 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel				Transferor CSA